FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 JAN 28 PM 1:11

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'19 - CV - 00228**
(To be supplied by the court)

__Mohammud Al Ghareeb__, Plaintiff

v.

__University of Northern Colorado__

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.

Mohammed Al Ghareeb, 2444 S. Oakland Cir. Aurora, CO 80014
(Name and complete mailing address)

(720) 388-5945, Mhalghareeb@yahoo.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."

Defendant 1: University of Northern Colorado, 501 20th Street, Campus box 5A
(Name and complete mailing address) Greeley, CO 80639

_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of ~~[scribbled out]~~

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

    Supporting facts:

CLAIM TWO: _____

Supporting facts:

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

1/28/19
_____
(Date)

(Revised December 2017)

January 28, 2019

Mohammed AlGhareeb
2444 S Oakland Cir
Aurora, CO 80014
(720) 388-5945
mhalghareeb@yahoo.com

Hello,

My name is Mohammed AlGhareeb and I am an international student studying PhD in Applied Statistics & Research Methods at the University of Northern Colorado. I have been put in an unfortunate situation by my university that I believe is discriminative and abusive of power. I want to file a lawsuit.

To start, in the semester of Spring 2014, I faced my first issue with a professor who showed discriminative attitudes towards me by grading my work unfairly. I followed the university's protocol and proved the misconduct in order to address this issue. My case went to the Dean of Graduate and International Students. After a year of multiple exchanged discussions, we were able to reach a compromised agreement in which I don't have further interactions with the professor as well as pass the class (but still keeping the C- grade in the transcript). I have all the exchanged emails and documents as proof.

The second issue started 2 years ago, when I took my comprehensive exam that I need to pass in order to graduate. After I received the results of the exam and discussed the results with my advisor/head of the department (beginning of February 2017), I was able to identify several interventions by the same professor with another clear misconduct and a violation of the department's manual which resulted in me failing the First Day of the comprehensive exam unfairly (The Theory Part). I have been appealing this issue through the university since February 2017 with no cooperation or understanding from the departments or the university.

Some of these misconducts are as follow:

1- The professor I had a discrimination issue with (made) participated in most of the questions on the comprehensive exam when it was against the department's manual. The manual states that every professor is to write questions for the classes they taught only. I was the only student who have had only one professor write/grade most of the questions on my exam, a professor that was instructed to not have further academic contact with me. And the rest of the questions were (created) written/checked by the head of the department. Based on the university's policy manual, there should be at least four professors to create/grade the exam.

2- During my comprehensive exam, the professor I had an issue with was assigned as the factually member to watch me which put me in an uncomfortable and stressful environment. Note that I was the only PhD Statistics student taking the exam.

3- The exam is divided into two sections; Day one is the *Theory* part of the exam while day two is the *Method* part of the exam. During day one of the exam, I was assigned a Methods question which caused disruption and anxiety since I was only prepared for the Theory section as I was instructed. This situation never happened to any student in the past.

4- The results of the exam indicated that I failed part 1 of the exam (the Theory part). A question on the exam was directly taken from a midterm and I failed it on the exam but got a 100% on the midterm. Interestingly, I answered the question exactly the same on both the midterm and the comprehensive exam. This shows a clear pattern of misconduct on behalf of the professor.

When I was aware of these incidents I went directly to my advisor/the head of the department, and after several meetings and discussions, I was told to take my case to the graduate school. When I did so, the graduate school yet again, had their own commitments and my issue was not resolved with the excuse that I have had passed my appealing deadline. I let them know that I did appeal to my advisor right away. The response I received was the policy manual's deadline should be followed. However, the policy manual did not provide a timeline for appealing and the policy manual only applied to appealing for classes.

My family and I have been financially and emotionally effected by this situation and the university is not taking fair action. I lost my full scholarship and sponsorship from my government. My scholarship included my source of income, health insurance for me and my family, annual tickets to fly back home and school tuitions for me and my children. Not to mention, this situation hindered my job opportunities back home.

I want to conclude by stating that I have exhausted all my resources in order to resolve my issue peacefully and within the university. I followed the protocols and took it step by step and was unfortunately pressured to take matters to a higher position. I was able to reach the president of the university by e-mail about 3 weeks ago and explained my situation. He forwarded my email to the dean of the graduate school who had refused to help me many times in the past and is a major part of the issue. I am convinced that the university is not willing to help me and I believe it is a discriminative act and an abuse of power towards me which is why I want to pursue further interventions to reach a just solution. That being stated, I am able to provide documentations to prove my points.

Best regards,
Mohammed AlGhareeb