IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00228-STV

MOHAMMED AL GHAREEB

    Plaintiff(s),

v.

UNIVERSITY OF NORTHERN COLORADO,

    Defendant(s).

## MOTION TO AMEND COMPLAINT

I am a plaintiff in this case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my claims because of some misunderstandings, misinterpretations and insufficient points made in my previous complaint.

Under the court's The Federal Rules of Civil Procedure (eff. Dec. 1, 2018), Fed. R. Civ. P. 1. Plaintiff may file a motion to amend the complaint. Plaintiff may be granted the motion when the following considerations weigh in favor of appointment:

(1) the nature and complexity of the action:

    a. Plaintiff is an international student with limited knowledge about the law.

    b. Plaintiff speaks English as a second language and has a hard time understanding and interpreting the language, law and court.

    c. Plaintiff has no background in law.

    d. This is plaintiff's first law suit.

    e. The claims of the plaintiff are not clear in some areas and require more details.

(2) the potential merits for both parties;

      a. The amended claim will provide more insight and information about the facts of the case making it easier for defense to understand plaintiff's point of view and argument.

      b. It is still early in the case and it will not hurt the other side (the defendants).

      c. The discovery did not start yet.

(3) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel:

      a. Plaintiff is a foreign student with limited understanding of the law of the United States and therefore it is in the interest of justice to be granted another chance to clarify his point of view.

I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court. I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of amended complaint will be granted.**

I confirm that I have conferred with the opposing counsel and the Motion is unopposed.

Dated at Denver, CO, this 17th day of May, 2019.

                              MOHAMMED AL GHAREEB
                              (Plaintiff)
                              2444 S Oakland Cir, Aurora, CO. 80014
                              720-388-5945

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing **PLAINTIFF'S MOTION TO AMEND COMPLAINT** upon all parties herein by electronic mail, this 17th day of May 2019, addressed as follows:

PHILIP J. WEISER
Attorney General

/s/ Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS, 39932*
Senior Assistant Attorney General
State Services Section
*Counsel of Record for Defendant

/s/ Rachel O. Entrican
RACHEL O. ENTRICAN, 39244*
Assistant Attorney General
State Services Section
*Counsel of Record for Defendant

/s/ Colin J. Mayberry
COLIN J. MAYBERRY, 52543*
Fellow Assistant Attorney General
State Services Section
*Counsel of Record for Defendant