IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'19 - CV - 00228**
(To be supplied by the court)

**Mohammed Al Ghareeb**, Plaintiff

v.

~~University of Northern Colorado~~,

**Board of Trustees at the University of Northern Colorado**, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Mohammed Al Ghareeb, 2444 S. Oakland Cir. Aurora, CO 80014
(Name and complete mailing address)

(720) 388-5945, mhalghareeb@yahoo.com
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Board of Trustees at the University of ~~Colorado~~ Northern Colorado, 501 20th St., Campus box 52
(Name and complete mailing address) Greeley, CO 80639

_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

① Civil Rights Act: Title 6 - 1964

② Age discrimination Act of 1975

☐ Diversity of citizenship pursuant to 28 U.S.C. §1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____

If Defendant 1 is an individual, Defendant 1 is a citizen of _____

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

Supporting facts:

Please refer to attachments on the next pages.

4

My name is Mohammed Al Ghareeb and I am an international student from the United Arab Emirates studying PhD in Applied Statistics and Research Methods at the University of Northern Colorado. I am currently 51 years old. I am filing the following ~~claim~~ complaint because I was put in an unfortunate situation by my university which included discrimination and a breach of contract.

To start, in the semester of Spring 2014, I faced an issue with a professor, Dr. Lalonde Trent who taught me SRM614 Linear Models. Dr. Trent showed discriminatory attitudes towards me by grading my work differently than my ~~classmates~~ groupmates despite us having similar answers since we have been working together as recommended in the syllabus.

Some of the differences in grading include:

1. Giving me a lower grade than my ~~classmates~~ groupmates on homework assignments despite us having the same solutions to the homework questions.
2. Counting my wrong answers twice as well as dismissing my correct answers in two homework assignments (out of eight assignments). This form of grading was only used on my assignments and it resulted in my getting the lowest points possible.
3. On a take home Exam, Dr. Trent commented on whether I sought assistance in answering a question. Undermining my ability.
4. Dr. Trent put me under pressure the entire semester because I felt like I could not trust him with grading my assignments and exams.
5. At the end of the semester, Dr. Trent gave me a D (failing grade). I went to him to ask about my grade, I found out that my final grade excluded two homework assignments. Interestingly, I was able to prove that I have had submitted the assignments and gotten a

response from him confirming so by email. The two homework assignments raised my grade to a C- (still below the passing grade). Because of this incident, my GPA went from 3.11 to 2.24 on a 4.0 GPA scale. The university emailed me and let me know that I will be expelled if I do not raise my GPA to a 3.0 or above by the following semester.

I followed the university's protocol and proved the misconduct in order to address this issue. I emailed Linda Black, the Dean of Graduate School and International admissions, and she told me to follow the university's protocol and steps. After a year of multiple exchanged discussions, we were able to reach a compromised agreement in which **I do not have further academic interactions with Dr. Trent in recognition of my distrust with him.** The department also marked me as a passing student but still kept the C- grade in the transcript because Dr. Trent refused to change my grade despite the prior history of misconduct. I was supposed to take another class with Dr. Trent, but the department agreed that I take it with another professor as an independent study course. The following semester, I was able to get a 4.0 GPA which raised my overall GPA to a 3.06 on a 4.0 GPA scale and put me on the safe side.

The second issue with Dr. Trent and the department started 2 years ago in January 2017, when I took my comprehensive exam that I need to pass in order to graduate. I received my results in the beginning of February 2017 which showed that I failed the first part of the exam (The Theory Part). After I failed, I went to my advisor (who is also the chair of the Applied Statistics and Research Methods department) to discuss the results since I had doubts about a Methods question that was put in the theory section. I asked my advisor who put the question he said Dr. Trent did. I explained why Dr. Trent should not have (in recognition of the previous misconducts and agreement) and my advisor said he had no knowledge about the situation. I tried to resolve this issue with my advisor, but he had no power in this situation.

In October 2017, as I was prepared to retake the exam in January 2018, I met with my advisor to discuss the previous exam to learn from it. Upon my discussion with my advisor, as we went through the questions and comments of the previous exam, I found out that Dr. Trent had several interventions that I was not aware of before that. The misconducts and violations continued even after it was made clear that I do not have further academic contact with Dr. Trent.

The interventions from Dr. Lalonde Trent are as follows:

1. Dr. Trent participated in making and grading *most* of the questions on the comprehensive exam while the rest of the exam was created and graded by my advisor, when it was against the department's manual. The manual states that every professor is to write and grade questions for the classes they taught only. That being said, I should have had 4-5 professor create and grade my exam. This incident never happened to another student before therefore it shows discriminatory behavior.

2. Dr. Trent was assigned as the factually member to watch me which put me in an uncomfortable, unsafe (emotionally and mentally) and stressful environment. Note that I was the only PhD Statistics student taking the exam.

3. The exam is divided into two sections; Day one is the *Theory* part of the exam while day two is the *Method* part of the exam. During day one of the exam, I was assigned by Dr. Trent a Methods question which caused disruption and anxiety since I was only prepared for the Theory section as I was instructed. This situation never happened to any student in the past therefore it shows discriminatory behavior.

4. The results of the exam indicated that I failed part 1 of the exam (the Theory part). A question on the exam was directly taken from a midterm (with another professor) and

Dr. Trent failed me on the exam's question, but I got a 100% on the midterm's question. Interestingly, I answered the question the same on both the midterm and the comprehensive exam.

I tried to address the issue within my department because I have had a negative experience with the School of Graduate and International Students in my previous case. The previous case took a year until we were able to reach an agreement. However, my advisor instructed me to take matters to the School of Graduate and International Students. They were not being understanding or cooperative and insisted that I retake the exam without recognizing the harm of the misconducts. It was stated that I have had passed my appealing deadline. I let them know that I did appeal to my advisor right away. The response I received was that the policy manual's deadline should be followed. However, the policy manual **did not provide a timeline for appealing and the policy manual only applied to appealing for classes.**

For the next two years, I tried to discuss the misconducts with the university and met with several personnel until I was able to reach the president, Dr. Andrew Feinstein by email in January 2019. I explained to the president the entire situation and stated that Linda Black (Dean of Graduate School and International admissions) was not willing to cooperate with me and was pressuring me to retake the exam. I explained that retaking the exam seemed unfair to me because of the situation I was put in. The president without responding to me, forwarded my email to Linda Black. Link Black contacted me again on January 14, 2019 and told me that there is no other solution for me (retake the comprehensive exam).

I have been appealing this issue through the university since February 2017 with no cooperation or understanding from the departments or the university. Not to mention, it would take the faculty at the university an average of 3 to 6 weeks for them to respond to my emails

and/or concerns. That is when I realized that the university is not willing to cooperate with me and I decided to take further action. My family and I have been financially and emotionally affected by this situation. I lost my full scholarship and sponsorship from my government (United Arab Emirates). I want to conclude by stating that I have exhausted all my resources in order to resolve the issue peacefully and within the university. The reason I did not report to the court at the time is because I was cooperating with the university to find a middle ground solution. However, the discriminatory behavior continued until January 2017. I was able to file a complaint in court before the two year statute of limitation, Colorado Revised Statute § 13-80-102(1)(a),(g) (2019).

### D. STATEMENT OF CLAIM(S)

CLAIM ONE: Civil Rights Act of 1964: Title VI, 42 U.S.C. § 2000. Discrimination based on national origin. I am the only student from the United Arab Emirates in the department. Supporting Facts:

1. My name is Mohammed Al Ghareeb and I am an international student from the United Arab Emirates studying PhD in Applied Statistics and Research Methods at the University of Northern Colorado.

2. I was the only student from the United Arab Emirates in the class (as well as the entire department) and Dr. Trent was aware of that because we introduced ourselves during our first class with him and also because when my father in law passed away the second month of the semester, I told him I was flying home.

3. Dr. Trent avoided eye contact with me *only* throughout the whole semester even though I sat in the middle of the front row. I was treated differently than the other students the entire semester.

4. The only difference between me and my groupmates is my national origin and my age; there is no other explanation for why I was treated differently by Dr. Trent.

5. During the Spring of 2014 semester, Dr. Trent graded my work differently than my ~~classmates~~ groupmates. The reason I did not report to the court at the time is because I was cooperating with the university to find a middle ground solution. However, the discriminatory behavior continued until January 2017. I was able to file a complaint in court before the two year statute of limitation, Colorado Revised Statute § 13-80-102(1)(a),(g) (2019).

Some of the differences in grading include:

   a. Giving me a lower grade than my ~~classmates~~ groupmates on homework assignments despite us having the same solutions to the homework questions.

   b. Counting my wrong answers twice as well as dismissing my correct answers in two homework assignments (out of eight assignments). This form of grading was only used on my assignments and it resulted in my getting the lowest points possible.

   c. Dr. Trent also questioned my abilities in solving exams. On a take home Exam, Dr. Trent commented on whether I sought assistance in solving a question.

   d. Dr. Trent put me under pressure the entire semester because I felt like I could not trust him with grading my assignments the same way he graded my classmates' assignments and exams.

   e. At the end of the semester, Dr. Trent gave me a D (failing grade) which may have resulted in me getting expelled from the program. I went to him to ask about my grade, I found out that my final grade excluded two homework assignments. Interestingly, I was able to prove that I have had submitted the assignments and

gotten a response from him confirming so by email. The two homework assignments raised my grade to a C- (still below the passing grade). Because of this incident, my GPA went from 3.11 to 2.24 on a 4.0 GPA scale. The university emailed me and let me know that I will be expelled if I do not raise my GPA to a 3.0 or above by the following semester.

6. In January 2017, I had to take my comprehensive exam that I need to pass in order to graduate. During the comprehensive exam, I was the only student to have only 2 professors create and grade the exam when it was against the department's manual. The manual states that every professor is to write and grade questions for the classes they taught only. That being said, I should have had 4-5 professor create and grade my exam. This incident never happened to another student before therefore it shows discriminatory behavior.

7. The comprehensive exam I took in January 2017 was divided into two sections; Day one is the *Theory* part of the exam while day two is the *Method* part of the exam. During day one of the exam, I was assigned a Methods question which caused disruption and anxiety since I was only prepared for the Theory section as I was instructed. This situation never happened to any student in the past therefore it shows discriminatory behavior.

## D. STATEMENT OF CLAIM(S)

CLAIM TWO: Age Discrimination Act of 1975: 42 U.S.C. § 6102. Discrimination against my age. I am over 40 years old.

Supporting facts:

1. During the Spring of 2014 semester, Dr. Trent graded my work differently than my classmates.

2. All my ~~classmates~~ groupmates were in their early 30s while I was in my mid 40s at the time. Also, Dr. Trent was in his middle 30s at the time.
3. He questioned my abilities in completing tasks because he asked if I sought assistance. He never asked my younger groupmates whether they sought assistance.
4. The only difference between me and my groupmates is my national origin and my age; there is no other explanation for why I was treated differently by Dr. Trent.

Some of the differences in grading include:

1. Giving me a lower grade than my classmates on homework assignments despite us having the same solutions to the homework questions.
2. Counting my wrong answers twice as well as dismissing my correct answers in two homework assignments (out of eight assignments). This form of grading was only used on my assignments and it resulted in my getting the lowest points possible.
3. Dr. Trent also questioned my abilities in completing assignments. On a take home Exam, Dr. Trent commented on whether I sought assistance in answering a question.
4. Dr. Trent put me under pressure the entire semester because I felt like I could not trust him with grading my assignments the same way he graded my classmates' assignments and exams.
5. At the end of the semester, Dr. Trent gave me a D (failing grade) which may have resulted in me getting expelled from the program. I went to him to ask about my grade, I found out that my final grade excluded two homework assignments. Interestingly, I was able to prove that I have had submitted the assignments and gotten a response from him confirming so by email. The two homework assignments raised my grade to a C- (still below the passing grade). Because of this incident, my

GPA went from 3.11 to 2.24 on a 4.0 GPA scale. The university emailed me and let me know that I will be expelled if I do not raise my GPA to a 3.0 or above by the following semester.

8. In January 2017, I had to take my comprehensive exam that I need to pass in order to graduate. During the comprehensive exam, I was the only student to have only 2 professors create and grade the exam when it was against the department's manual. The manual states that every professor is to write and grade questions for the classes they taught only. That being said, I should have had 4-5 professor create and grade my exam. This incident never happened to another student before therefore it shows discriminatory behavior.

9. The comprehensive exam I took in January 2017 was divided into two sections; Day one is the *Theory* part of the exam while day two is the *Method* part of the exam. During day one of the exam, I was assigned a Methods question which caused disruption and anxiety since I was only prepared for the Theory section as I was instructed. This situation never happened to any student in the past therefore it shows discriminatory behavior.

## D. STATEMENT OF CLAIM(S)

CLAIM THREE: Breach of Contract. I had an agreement with the School of Graduate and International Admission to not have further academic contact with Dr. Trent in April, 2015. Also, the department breached a contract by not following the department's manual.
Supporting facts:

1. In October 2017, as I was prepared to retake the exam in January 2018, I met with my advisor to discuss the previous exam to learn from it. Upon my discussion with my advisor, as we went through the questions and comments of the previous exam, I found out that Dr. Trent had several

interventions that I was not aware of before that. The contract that stated that Dr. Trent is not to have further academic contact with me was violated in January 2017 when I took my comprehensive exam.

The interventions from Dr. Lalonde Trent are as follows:

a. Dr. Trent participated in making and grading *most* of the questions on the comprehensive exam when it was against the department's manual. The manual states that every professor is to write and grade questions for the classes they taught only. That being said, I should have had 4-5 professor create and grade my exam. This incident never happened to another student before therefore showing discriminatory behavior.

b. Dr. Trent was assigned as the factually member to watch me which put me in an uncomfortable and stressful environment. Note that I was the only PhD Statistics student taking the exam.

c. The exam is divided into two sections; Day one is the *Theory* part of the exam while day two is the *Method* part of the exam. During day one of the exam, I was assigned by Dr. Trent a Methods question which caused disruption and anxiety since I was only prepared for the Theory section as I was instructed. This situation never happened to any student in the past therefore showing discriminatory behavior.

d. The results of the exam indicated that I failed part 1 of the exam (the Theory part). A question on the exam was directly taken from a midterm (with another professor) and Dr. Trent failed me on the exam's question, but I got a 100% on the midterm's question. Interestingly, I answered the question the same on both the midterm and the comprehensive exam.

11

2. Furthermore, another way a breach of contract took place is when the department did not follow the department's manual. The manual states that every professor is to write and grade questions for the classes they taught only. That being said, I should have had 4-5 professor create and grade my exam as stated in the department's manual.

E. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

① Lost wages
② Lost opportunity cost
③ Payment suffering
④ Jury

F. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

2/28/2019        Amend of Complaint:
_____
(Date)

(Revised December 2017)

Dated: 17th of May, 2019

6