# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00228-STV

MOHAMMED AL GHAREEB,

    Plaintiff,

v.

BOARD OF TRUSTEES AT THE UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

_____

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
_____

Defendant, Board of Trustees for the University of Northern Colorado, through the Colorado Attorney General, hereby moves for the withdrawal of Rachel O. Entrican as counsel, and in support, states:

1.    D.C.COLO.LCivR 7.1(A) Certification of Conferral: Counsel for the Board of Trustees for the University of Northern Colorado have conferred with Plaintiff, who does not oppose the requested relief.

2.    Rachel O. Entrican has resigned from the Office of the Colorado Attorney General, effective August 30, 2019. Counsel of record Jacquelynn N. Rich Fredericks and Colin J. Mayberry will remain as counsel for Defendant, and will handle the defense of this lawsuit going forward.

3.   Under D.C.COLO.LAttyR 5(b), notice of Rachel O. Entrican's withdrawal as defense counsel in this lawsuit has been provided to the Defendant and all parties, as certified to in the Certificate of Service below.

For these reasons, the Defendant moves the Court for an order granting the withdrawal of Rachel O. Entrican as counsel for Defendant Board of Trustees for the University of Northern Colorado.

DATED this 27th day of August, 2019.

                              PHILIP J. WEISER
                              Attorney General

                              */s/ Colin J. Mayberry*
                              Jacquelynn N. Rich Fredericks*
                              First Assistant Attorney General
                              Colin J. Mayberry*
                              Fellow Assistant Attorney General
                              ATTORNEYS FOR DEFENDANT
                              (720) 508-6140
                              jacquelynn.richfredericks@coag.gov
                              colin.mayberry@coag.gov
                              *Counsel of record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **Motion for Withdrawal of Counsel** upon all parties herein by electronic mail, this 27th day of August 2019, addressed as follows:

    Mohammed Al Ghareeb
    2444 S. Oakland Circle
    Aurora, CO 80014
    mhalghareeb@yahoo.com
    *Plaintiff Pro Se*


        */s/ Carmen Van Pelt*