FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JAN 15 PM 12:04

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv- 00228- STV

<u>MOHAMMED AL GHAREEB</u>

    Plaintiff(s),

v.

<u>BOARD OF TRUSTEES AT THE UNIVERSITY OF NORTHERN COLORADO,</u>

    Defendant(s).

---

## MOTION FOR APPOINTMENT OF COUNSEL

---

I am a plaintiff in this case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my claims in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

    (1) the nature and complexity of the action:

        a. Plaintiff is an international student with limited knowledge about the laws in the United States.

        b. This is plaintiff's first lawsuit.

        c. The claims that the plaintiff is raising are federal claims.

    d. Plaintiff speaks English as a second language and has a hard time understanding and interpreting the language, law and court. He has been getting help in interpreting the process and typing the motions from his daughter (Shahla). Plaintiff's daughter is no longer able to assist.

    e. Although plaintiff is a PhD student, he is an Applied Statistics major and therefore his English language is limited to his field.

    f. Plaintiff has very limited income.

    g. Plaintiff is pro se and going against two senior lawyers.

    h. The case is currently under the threat of dismissal which puts plaintiff at a higher risk of losing due to the lack of advising.

(2) the potential merit of the claims or defenses of the unrepresented party;

    a. The unrepresented party (plaintiff) will have a fair chance of winning the case.

    b. The defendants have two senior lawyers while plaintiff with limited abilities is pro se.

    c. The plaintiff will understand the law, his rights and his duties better.

    d. It will be more convenient for plaintiff to meet deadlines.

    e. Plaintiff has a hard time understanding court rules and language.

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means;

    a. The plaintiff is not able to afford an attorney by other means.

    b. The plaintiff's main source of income is from family back home (United Arab Emirates).

  c. Plaintiff is not employed and is legally not permitted to be employed due to his current visa status.

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel:

  a. The appointment of counsel to the plaintiff will benefit the court and the defense by presenting the plaintiff's points of view, meeting deadlines and understanding legal terms.

  b. The interest of justice will be met when the plaintiff is able to have representation as he is unable to meet the requirements of the court since his English is limited and his legal abilities are very poor.

  c. Plaintiff is a foreign student with limited understanding of the law of the United States.

  d. An appointment of counsel will enhance the communication between the parties and avoid misunderstandings.

I understand that counsel's *general* representation may be allowed in accordance with D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an**

**appearance in this case** – only that a member of the Civil Pro Bono Panel will review the case for possible representation.

[Please check one or both of the following options:]

___X___ **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

___X___ **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

*Helping me amend a pleading or a claim, drafting a motion, appearing at a conference, hearing, or trial and assisting with a settlement conference as well as helping me understand the discovery process.]*

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits. **Plaintiff is hoping for at least limited representation and legal advising.**

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1] and defendants takes no position.

Dated at Denver, CO, this 15th day of January 2020.

                                      MOHAMMED AL GHAREEB
                                      (Unrepresented Plaintiff)
                                      2444 S Oakland Cir, Aurora, CO 80014
                                      720-388-5945

---

[1] [Note: Local Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion and to describe the specific efforts to fulfill this duty. However, the duty to confer is not required under the local rules for a motion filed in a case involving an unrepresented prisoner.]

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing **PLAINTIFF'S MOTION TO APPOINTMENT OF COUNSEL** upon all parties herein by electronic mail, this 15th day of January 2020, addressed as follows:

PHILIP J. WEISER
Attorney General

/s/ *Jacquelynn N. Rich Fredericks*
JACQUELYNN N. RICH FREDERICKS, 39932*
Senior Assistant Attorney General
State Services Section
*Counsel of Record for Defendant

/s/ Skippere "Skip" Spear
SKIPPERRE "SKIP" SPEAR
Senior Assistant Attorney General
State Services Section
*Counsel of Record for Defendant